United States Court of Appeals
Fifth Circuit

**F I L E D**

May 10, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-41298

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

SAMUEL HERNANDEZ-HERNANDEZ

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Southern District of Texas, Laredo
(06-CR-101)
----------------------

Before KING, HIGGINBOTHAM and GARZA, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that appellant's unopposed motion for summary disposition is granted.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.